IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>HORIZON,<br><br>    Defendant. | Case No. 17-cv-01479-MMC<br><br>**ORDER DIRECTING PARIES TO SUBMIT CHAMBERS COPIES OF DOCUMENTS** |

On August 2, 2017, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of her complaint, filed March 19, 2017, and defendant is hereby DIRECTED to submit forthwith a chambers copy of its answer, filed July 14, 2017.

**IT IS SO ORDERED.**

Dated: August 11, 2017

MAXINE M. CHESNEY
United States District Judge