IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br>        Plaintiff,<br>    v.<br>HORIZON,<br>        Defendant. | Case No. 17-cv-01479-MMC<br><br>**SECOND ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES OF DOCUMENTS.**<br><br>Re: Dkt. No. 16 |

By order filed August 11, 2017, the Court, to facilitate its review of the case, directed plaintiff to submit forthwith a chambers copy of her complaint, filed March 19, 2017, and directed defendant to submit forthwith a chambers copy of its answer, filed July 14, 2017. Neither party has complied with that order. Plaintiff is hereby again DIRECTED to submit forthwith a chambers copy of her complaint and defendant is hereby again DIRECTED to submit forthwith a chambers copy of its answer.

Parties are expected to comply with court rules without repeated reminders. Accordingly, the parties are advised that the Court will impose sanctions for further failures to comply, including, but not limited to, striking from the record any further electronically filed document for which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: August 24, 2017

MAXINE M. CHESNEY
United States District Judge