IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>HORIZON,<br><br>    Defendant. | Case No. 17-cv-01479-MMC<br><br>**THIRD ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH THE CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

By orders filed August 11, 2017, and August 24, 2017, the Court, to facilitate its review of the case, directed defendant to submit forthwith a chambers copy of its answer. To date, defendant has not submitted a chambers copy of its answer.

In its August 24 order, the Court warned defendant that sanctions may be imposed, including, but not limited to, striking from the record any electronically filed document for which a chambers copy has not been timely provided to the Court.

Parties are expected to comply with court rules without repeated reminders. Accordingly, defendant is hereby ORDERED to submit a chambers copy of its answer no later than September 13, 2017, and is hereby ADVISED that if such chambers copy is not submitted by that date, the answer will be stricken from the record.

**IT IS SO ORDERED.**

Dated: September 6, 2017

MAXINE M. CHESNEY
United States District Judge