IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HORIZON,<br><br>　　　　Defendant. | Case No. 17-cv-01479-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

By order filed March 20, 2017, the parties were directed to conduct a joint inspection of the premises at issue, to do so no later than July 3, 2017, and, in the absence of a settlement, to file, no later than 42 days after the joint inspection, a Notice of Need for Mediation. (See Scheduling Order for Cases Asserting Denial of Right of Access Under Americans With Disabilities Act Title II & III, filed Mar. 20, 2017.) To date, plaintiff has neither filed a Notice of Need for Mediation, nor has she filed any document indicating the case has settled.

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than September 20, 2017, why the above-titled action should not be dismissed for failure to prosecute. In the event plaintiffs files, on or before September 20, 2017, a Notice of Need for Mediation or a statement that the case has settled, this Order to Show Cause will stand discharged without further order of the Court.

**IT IS SO ORDERED.**

Dated: September 6, 2017

MAXINE M. CHESNEY
United States District Judge