IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>HORIZON,<br><br>    Defendant. | Case No. 17-cv-01479-MMC<br><br>**ORDER STRIKING DEFENDANT'S ANSWER** |

By order filed September 6, 2017, defendant was directed to submit a chambers copy of its answer no later than September 13, 2017, and was advised that its failure to do so would result in the answer being stricken. To date, defendant has not submitted a chambers copy of its answer.

Accordingly, defendant's answer is hereby STRICKEN from the record.

**IT IS SO ORDERED.**

Dated: September 19, 2017

MAXINE M. CHESNEY
United States District Judge