IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>HORIZON,<br><br>    Defendant. | Case No. 17-cv-01479-MMC<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF** |

Before the Court is defendant Horizon Distributors, Inc.'s ("Horizon") motion, filed September 27, 2017, for administrative relief from the Court's order of September 19, 2017, striking Horizon's Answer, for failure to comply with the Court's earlier-issued orders directing Horizon to provide a chambers copy of said pleading.

In support of the instant motion, Horizon has submitted declarations and exhibits demonstrating its compliance with the earlier-issued orders by timely delivering to the Clerk's Office, on two separate occasions, the requested chambers copy.[1]

Accordingly, good cause thereby having been shown, Horizon's motion for administrative relief is hereby GRANTED and the Court's order of September 19, 2017, is hereby SET ASIDE and VACATED.

**IT IS SO ORDERED.**

Dated: October 2, 2017

MAXINE M. CHESNEY
United States District Judge

---

[1] The whereabouts thereof remains a mystery.