IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>HORIZON,<br><br>    Defendant. | Case No. 17-cv-01479-MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; DIRECTIONS TO PARTIES** |

    On September 6, 2017, the Court ordered plaintiff to show cause in writing, no later than September 20, 2017, why the above-titled action should not be dismissed for failure to prosecute, in particular, for failure to comply with the Court's Scheduling Order of March 20, 2017.

    On September 20, 2017, plaintiff's counsel filed a declaration in which he sets forth plaintiff's efforts to comply with the Scheduling Order and to move the case forward. In connection therewith, counsel explained that he anticipated filing, together with counsel for defendant, a stipulated motion for administrative relief, and asked the Court to "allow the parties an additional one-week to file [such] motion." (See Humphrey Decl. ¶ 22.) To date, no such motion has been filed nor does the record otherwise reflect any steps taken by either party to comply with the Scheduling Order.

    Nevertheless, given the detailed response provided by plaintiff's counsel, the

Order to Show Cause is hereby DISCHARGED, and the parties are hereby DIRECTED to appear at a Case Management Conference on October 27, 2017; no later than October 23, 2017, the parties shall file a Joint Case Management Statement, apprising the Court as to the status of the case.

**IT IS SO ORDERED.**

Dated: October 12, 2017

MAXINE M. CHESNEY
United States District Judge